**VU.S.A. LAW OFFICES**

**VU.S.A. LAW OFFICES, APC**
**MICHAEL CHINH VU**, SBN 178148
142 EAST MISSION STREET
SAN JOSE, CA 95112
TELEPHONE: (408) 288-7400
FACSIMILE: (408) 288-7798
EMAIL: MICHAELVU@VUSALAW.COM

**Attorney for Defendant**
**JOE HUYNH**

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br>　　　　　Plaintiff<br><br>Versus<br><br>**JOE HUYNH, ET AL.,**<br>　　　　　Defendant | **CASE NO. 3:21-CV-06027**<br><br>DEFENDANT JOE HUYNH'S ANSWER TO COMPLAINT |

Defendant JOE HUYNH, through his attorney of record Michael Chinh Vu for VU.S.A. LAW OFFICES, APC, hereby answers to the complaint pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure as follows:

## SPECIFIC DENIALS

1. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 1 of the Complaint.

2. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 2 of the Complaint.

3. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 3 of the Complaint.

4. This Answering Defendant denies the allegations in paragraph 4 of the Complaint.

5. This Answering Defendant denies the allegations in paragraph 5 of the Complaint.

6. This Answering Defendant denies the allegations in paragraph 6 of the Complaint.

7. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 7 of the Complaint.

8. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 8 of the Complaint.

9. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 9 of the Complaint.

10. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 10 of the Complaint.

11. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 11 of the Complaint.

12. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 12 of the Complaint.

13. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 13 of the Complaint.

14. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 14 of the Complaint.

15. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 15 of the Complaint.

16. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 16 of the Complaint.

17. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 17 of the Complaint.

18. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 18 of the Complaint.

19. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 19 of the Complaint.

20. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 20 of the Complaint.

21. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 21 of the Complaint.

22. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 22 of the Complaint.

23. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 23 of the Complaint.

24. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 24 of the Complaint.

25. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 25 of the Complaint.

26. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 26 of the Complaint.

27. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 27 of the Complaint.

28. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 28 of the Complaint.

29. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 29 of the Complaint.

30. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 30 of the Complaint.

31. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 31 of the Complaint.

32. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 32 of the Complaint.

33. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 33 of the Complaint.

34. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 34 of the Complaint.

35. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 35 of the Complaint.

36. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 36 of the Complaint.

37. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 37 of the Complaint.

38. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 38 of the Complaint.

39. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 39 of the Complaint.

40. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 40 of the Complaint.

41. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 41 of the Complaint.

42. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 42 of the Complaint.

43. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 43 of the Complaint.

44. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 44 of the Complaint.

45. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 45 of the Complaint.

46. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 46 of the Complaint.

47. This Answering Defendant denies the allegations in paragraph 47 of the Complaint.

48. This Answering Defendant denies the allegations in paragraph 48 of the Complaint.

49. This Answering Defendant denies the allegations in paragraph 49 of the Complaint.

50. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 50 of the Complaint.

51. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 51 of the Complaint.

52. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 52 of the Complaint.

53. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 53 of the Complaint.

54. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 54 of the Complaint.

55. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 55 of the Complaint.

56. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 56 of the Complaint.

57. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 57 of the Complaint.

58. This Answering Defendant is without sufficient knowledge or information to form a belief and therefore denies the allegations in paragraph 58 of the Complaint.

### AFFIRMATIVE DEFENSES

1. As a first affirmative defense, this Answering Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action against the answering Defendant.

2. As a second affirmative defense, this Answering Defendant is informed and believes, and on that basis alleges, that the Plaintiff has unreasonably delayed in bringing the action, and that such delays have substantially prejudiced this Answering Defendant, thus barring this action under the doctrine of laches.

3. As a third affirmative defense, this Answering Defendant alleges that Plaintiff's complaint, and each and every cause of action therein, is barred by the applicable statute or statutes of limitations.

4. As a fourth affirmative defense, Plaintiff has failed to mitigate its damages, if any, and accordingly, is not entitled to the relief sought in the Complaint.

5. As a fifth affirmative defense, this Answering Defendant alleges that Plaintiff's alleged infringed or illegally downloaded software or products are legally available to be downloaded free from the Internet, and thereby Plaintiff has waived its licenses or copyrights with respect to these products.

6. As a sixth affirmative defense, this Answering Defendant alleges that the IP address as stated in the complaint does not belong to the Answering Defendant.

7.  As a seventh affirmative defense, this Answering Defendant alleges he is an innocent Internet user who paid for products from other entities who represented to this answering Defendant that they had the right to license, sell, and distribute these products. Defendant had no reasons to believe that these products were copyright protected or that they were infringed products by these reputable Internet vendors.

8.  As an eighth affirmative defense, this Answering Defendant alleges that Plaintiff had failed to maintained proper and appropriate registrations and therefore is not permitted to maintain an action as complained herein.

9.  As a ninth affirmative defense, this Answering Defendant alleges that Plaintiff is not entitled to the relief requested on the grounds that Plaintiff acted and reacted to the matters alleged in his Complaint with unclean hands.

10. As a tenth affirmative defense, this Answering Defendant alleges that the cause of action directed to each of them fails to state facts sufficient to support a cause of action or claim for recovery of attorney's fees.

11. As an eleventh affirmative defense, this Answering Defendant alleges have insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. This Answering Defendant herein reserves the right to assert additional defenses in the event discovery indicates that they would be appropriate.

**WHEREFORE**, this Answering Defendant prays as follows:

1.  The Complaint be dismissed with prejudice against Plaintiff in this matter;
2.  That this Answering Defendant be awarded his costs of suit, including reasonable attorney's fees; and

3. For such other and further relief as the Court deems just and proper.

4. This Answering Defendant specifically demands and reserves trial by jury.

Respectfully submitted,

**VU.S.A. LAW OFFICES, APC.**

DATED: November 05, 2021

/s/Michael Chinh Vu
MICHAEL CHINH VU
Attorney for Defendant JOE HUYNH