# PROOF OF SERVICE

| Case Name: **Strike 3 Holdings, LLC v. Joe Huynh** | Case No. **3:21-CV-06027-SI** |
|---|---|

I, the undersigned, hereby declare that I am a citizen of the United States, over 18 years of age, a resident of Santa Clara County, and not a party to the within action. My business address is 142 East Mission Street, San Jose, CA 95112. On **November 08, 2021**, I served a copy of the following document(s) described as:

| No. | Title |
|---|---|
| 1 | Defendants' answer to complaint |
| 2 | Certificate of interested entities or persons |

On the interested party(ies) in this action as follows:

| Name | Address |
|---|---|
| Mr. Lincoln D. Bandlow<br>Attorney at Law | Law Offices of Lincoln D. Bandlow, PC<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |

[ ] **BY MAIL**. By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited within the United States Postal Service at San Jose, California, in the ordinary course of business; and there in United States mail at the place so addressed above. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**. By causing to be personally delivered a true copy thereof to the person or his/her representative at the address set forth above.

[ ] **BY FACSIMILE**. By transmitting through facsimile as follows: I personally sent to the addressee's facsimile/telecopier number a true copy of the above-described document(s). I verified transmission and called the addressee and verified receipt.

[ ] **BY EXPRESS MAIL or FEDERAL EXPRESS**.

[x] **BY EMAIL OR ELETRONIC MAIL/TRANSMISSION**. I personally send the aforementioned documents from **andrevu@vusalaw.com** to the following person(s) and their corresponding electronic mail(s) as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| Name | Email/Electronic Mail |
|---|---|
| 1 | Lincoln D. Bandlow, Esq. | lincoln@BandlowLaw.com |

1      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3  DATED: November 08, 2021          /s/ ANDRE QUANG VU
                                                    **ANDRE QUANG VU**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28