UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 73.162.235.90,<br><br>　　　　Defendant. | Case No. 21-cv-06027-SI<br><br>**ORDER VACATING DEC. 17 CASE MANAGEMENT CONFERENCE AND DIRECTING CLERK TO REASSIGN CASE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 23 |

The parties' joint case management conference statement states that both parties consent to have a Magistrate Judge conduct all further proceedings in this case, including trial and entry of judgment. Accordingly, pursuant to 28 U.S.C. § 636(c) and Civil Local Rule 73, the Court directs the Clerk to reassign this case to a Magistrate Judge for all further proceedings. The December 17, 2021 initial case management conference is VACATED.

**IT IS SO ORDERED**.

Dated: December 13, 2021

　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge