Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

Michael Chinh Vu, SBN 178148
VU.S.A. Law Offices, APC
142 East Mission Street
San Jose, CA 95112
(Tel.) 480-288-7400
(Fax) 408-288-7798
Email: michaelvu@vusalaw.com

*Attorneys for Defendant*
*Joe Huynh*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOE HUYNH,<br><br>　　　　　　Defendant. | Case No.: 4:21-cv-06027-DMR<br><br>**JOINT STIPULATION AND ORDER REQUESTING: (1) VACATION OF REFERRAL TO EARLY NEUTRAL EVALUATION; (2) REFERRAL TO MEDIATION; AND (3) CONTINUANCE OF DEADLINE TO CONDUCT MEDIATION** |

**THIS MATTER** having been opened to the Court by Lincoln D. Bandlow, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), and by Michael Chinh Vu, Esq., on behalf of Defendant Joe Huynh ("Defendant"), as a joint request

1

to vacate the referral Early Neutral Evaluation ("ENE"), refer the matter to mediation and continue the deadline to conduct a mediation, hereby state as follows:

**WHEREAS** this action for copyright infringement involved alleged infringement of Plaintiff's works utilizing the BitTorrent system was filed on August 4, 2021, (D.E. 1);

**WHEREAS** Defendant answered the complaint on November 15, (D.E. 15);

**WHEREAS** the parties stipulated to participate in an ENE (D.Es. 19–21), and the Clerk of the Court appointed Charles T. Compton to oversee that proceeding (D.E. 22);

**WHEREAS** the ENE hearing was originally scheduled for February 18, 2022 at 10:00 AM;

**WHEREAS** the Court conducted an Initial Case Management Conference on February 2, 2022 in which the parties informed the Court that the ENE was to take place on February 18, 2022;

**WHEREAS** the Court issued a Case Management and Pretrial Order on February 3, 2022 which indicated that the ENE was to take place on February 19, 2022 (D.E. 33, paragraph 4);

**WHEREAS** although counsel for Plaintiff provided Plaintiff's ENE statement to Mr. Compton in a timely manner, counsel for Defendant was not able to meet with his client to prepare an ENE statement for the February 19, 2022 ENE;

**WHEREAS** based on the parties' stipulation, on February 16, 2022 the Court entered an Order stating that the ENE was to take place no later than April 6, 2022;

2

Joint Stipulation and Order Requesting Continuance of Time to Conduct Early Neutral Evaluation
Case No. 4:21-cv-06027-DMR

**WHEREAS** the parties rescheduled the ENE with Mr. Compton for March 23, 2022 with Defendant's ENE statement to be provided to Mr. Compton by no later than February 21, 2022

**WHEREAS** counsel for Defendant was again unable to provide Defendant's ENE statement by the February 21, 2022 deadline;

**WHEREAS** on March 28, 2022, Mr. Compton sent out a notice that the March 23, 2022 ENE would not be going forward and referred the matter to the Court's ADR administrator;

**WHEREAS** on March 25, 2022, counsel for the parties conducted a telephonic conference with the Court's ADR Director, Tamara Lange;

**WHEREAS** during the conference, counsel for Defendant requested additional time to confer with his client and conduct further settlement communications with counsel for Plaintiff

**WHEREAS** the parties also agreed during this conference that the referral to ENE should be vacated, that the matter should be referred to mediation, that if such a mediation is necessary it should be conducted by Mr. Compton and that the deadline to complete such a mediation should be extended to sixty (60) days from the date of this stipulation

**WHEREAS** the parties have conferred on the requested relief, consent to it, and agree that neither party will be prejudiced if such relief is entered;

**AND IT FURTHER APPEARING** that the Court having considered the parties' written submissions in connection with the request pursuant to Federal Rule of Civil Procedure 78;

**IT IS** on this __28th__ day of _____March_____, 2022,

1. **ORDERED** that the Order in this case referring this matter to ENE is vacated, the matter is referred to mediation, any mediation in this matter shall be

3

Joint Stipulation and Order Requesting Continuance of Time to Conduct Early Neutral Evaluation
Case No. 4:21-cv-06027-DMR

conducted by Mr. Compton and the deadline to conduct such mediation is May 26, 2022.

EXECUTED: 03/25/2022                    EXECUTED: 3/25/2022

Lincoln D. Bandlow                      Michael Chinh Vu
LAW OFFICES OF                          VU.S.A. LAW OFFICES, APC
LINCOLN BANDLOW, PC

*Attorney for Plaintiff*                *Attorney for Defendant*

**IT IS SO ORDERED.**

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu

4

Joint Stipulation and Order Requesting Continuance of Time to Conduct Early Neutral Evaluation
Case No. 4:21-cv-06027-DMR